# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DION WILMONT, ) | No. CV 06-8232-GAF (PLA) |
| Petitioner, ) | **JUDGMENT** |
| v. ) | |
| SCOTT M. KERNAN, Warden, ) | |
| Respondent. ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 29, 2009

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE